FILED
IN THE OFFICE OF THE
CLERK OF SUPREME COURT
OCTOBER 14, 2021
STATE OF NORTH DAKOTA

# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2021 ND 179

State of North Dakota,                                    Plaintiff and Appellee

v.

Jaime Nmn Urrabazo,                                    Defendant and Appellant

### No. 20210142

Appeal from the District Court of Cass County, East Central Judicial District, the Honorable Frank L. Racek, Judge.

AFFIRMED.

Per Curiam.

Derek K. Steiner, Assistant State's Attorney, Fargo, ND, for plaintiff and appellee; submitted on brief.

Samuel A. Gereszek, Grand Forks, ND, for defendant and appellant; submitted on brief.

**Per Curiam.**

[¶1]   Jaime Urrabazo appeals from a criminal judgment entered after a jury found him guilty of delivery of a controlled substance, a class B felony. On appeal, Urrabazo argues the evidence presented against him at trial was insufficient to sustain the guilty verdict. We summarily affirm under N.D.R.App.P. 35.1(a)(3).

[¶2]   Jon J. Jensen, C.J.
      Gerald W. VandeWalle
      Daniel J. Crothers
      Lisa Fair McEvers
      Jerod E. Tufte